**Order filed February 2, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-11-00793-CV**
_____

**AGILITY PROJECT LOGISTICS, INC., Appellant**

**V.**

**CONTRACTORS CARGO COMPANY, Appellee**

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2011-22108**

## ORDER

On October 8, 2011, this court ordered the parties to mediation. The order states, in pertinent part, "If mediation fully resolves the issues in the case, the court **ORDERS** the parties to file a joint dispositive motion within *10 days of the conclusion of the mediation. If the parties need more time to effectuate the terms of the settlement agreement, they* **shall**, within *10 days of the conclusion of the mediation,* file a joint or agreed motion for an extension of time to file their dispositive motion." On December 22, 2011, the court was advised the parties had fully resolved the issues in the case. Accordingly, the parties have

not complied with this court's order by timely filing a motion to dismiss the appeal pursuant to the settlement.

Accordingly, we **ORDER** the parties to file a motion to dismiss, other dispositive motion, or a motion for an extension of time to file their dispositive motion on or before **February 13, 2012.**

PER CURIAM